In the Matter of the Arbitration between Associated Metals & Minerals Corporation, Respondent, and Fahrunissa Ogelman et al., Appellants.

Argued January 6, 1955; decided February 28, 1955.

*Mahlon B. Doing* and *Joseph A. McManus* for appellants.

*Joseph C. Slaughter, Arthur B. Hyman* and *Robert R. Slaughter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Conway, Ch. J., Desmond, Dye, Fuld, Froessel, Van Voorhis and Burke, JJ.